UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAWN M. KREPLIN,

   Plaintiffs,

v.

UNITED RECOVERY SERVICE, LLC,

   Defendant.

Case No. 1:20-cv-06817

## COMPLAINT

**NOW COMES** Plaintiff, DAWN M. KREPLIN, through undersigned counsel, complaining of Defendant, UNITED RECOVERY SERVICE, LLC, as follows:

### NATURE OF THE ACTION

1. This action is seeking redress for Defendant's violation(s) of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 *et seq*.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

3. Venue in this district is proper under 28 U.S.C. § 1391(b)(2).

### PARTIES

4. DAWN M. KREPLIN (the "Plaintiff") is a natural person, over 18-years-of-age, who at all times relevant resided at 24940 103rd Street, Naperville, Illinois 60564.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. UNITED RECOVERY SERVICE, LLC (the "Defendant") is a limited liability company organized and existing under the laws of the state of Illinois.

7. Defendant maintains a principal place of business at 18525 Torrence Avenue, Suite C-6, Lansing, Illinois 60438.

8. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

9. Defendant uses instrumentalities of interstate commerce and the mail in its business – the principal purpose of which is the collection of debt owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

10. On March 19, 2018, Plaintiff received medical services from AMITA Health Mercy Medical Center Aurora at a cost of $128.12.

11. Plaintiff's $128.12 balance is a "debt" as defined by 15 U.S.C. § 1692a(5).

12. As result of financial hardship, Plaintiff's $128.12 balance went unsettled.

13. Plaintiff's $128.12 account balance was referred for collection.

14. Defendant mailed Plaintiff a letter, dated November 10, 2020 (the "Letter"), which stated:

> Date of Notice: 11/10/2020   Account: 60112XXXX   Amount: $128.12
> Client Account: DM001090XXXX   Owed To: AMITA HEALTH MERCY ME
> Debt Date: 3/19/2018   Description:
>
> Dear DAWN M,
>
> PAYMENT PLAN
>
> This letter will confirm that we have made arrangements to resolve the above captioned matter with you. Upon receiving the balance in full your account will be considered paid in full.
>
> Please make your payment(s) payable to United Recovery Service and mail it to 18525 Torrence Ave. Suite C-6, Lansing, IL 60438. You may also make a payment over the phone using your credit/debit card by calling (708) 895-5300.
>
> If you feel the payment(s) will be received later than the agreed date mentioned, please contact a representative. If the payment(s) is not received and we do not hear from you, the arrangement will become null and void. We appreciate your cooperation in this matter. This letter is from a debt collector.
>
> UNITED RECOVERY SERVICE, LLC
>
> This letter is an attempt to collect a debt and any information obtained may be used for that purpose.

*See* Exhibit A.

15. The Letter is a "communication" as defined by 15 U.S.C. § 1692a(2).

16. The twist? Plaintiff *did not* make arrangements to resolve this debt.

17. In fact, Plaintiff *has not* discussed this debt with Defendant.

## DAMAGES

18. The FDCPA seeks to protect debtors from "the use of abusive, deceptive, and unfair debt collection practices by many debt collectors." 15 U.S.C. § 1692(a).

19. The Letter caused Plaintiff anxiety, confusion, distrust, and mental anguish.

20. Concerned with having had her rights violated, Plaintiff sought counsel; therefore, expending time and incurring attorney's fees to vindicate her rights.

## CLAIMS FOR RELIEF

### COUNT I:
### Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*)

21. All Paragraphs of this Complaint are expressly adopted and incorporated herein as though fully set forth herein.

### Violation of 15 U.S.C. § 1692e

22. Section 1692e provides:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section.

> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

23. Plaintiff *did not* make arrangements to resolve this debt. Accordingly, Defendant violated 15 U.S.C. § 1692e(10) by referencing arrangements that was not made.

24. Plaintiff may enforce the provisions of 15 U.S.C. § 1692e(10) pursuant to section k of the FDCPA (15 U.S.C. § 1692k) which provides "any debt collector who fails to comply with

any provision of [the FDCPA] with respect to any person is liable to such person in an amount equal to the sum of -

    (1)    any actual damage sustained by such person as a result of such failure;

    (2)

        (A)    in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000.00; or

    (3)    in the case of any successful action to enforce the foregoing liability, the costs of the action, together with reasonable attorney's fees as determined by the court.

**WHEREFORE**, Plaintiff requests the following relief:

A.    find that Defendant violated 15 U.S.C. § 1692e(10);

B.    award any actual damage sustained by Plaintiff as a result of Defendant's violation(s) pursuant to 15 U.S.C. § 1692k(a)(1);

C.    award such additional damages, as the Court may allow, but not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

D.    award costs of this action including expenses together with reasonable attorneys' fees as determined by this Court pursuant to 15 U.S.C. § 1692k(a)(3); and

E.    award such other relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable of right.

DATED: November 17, 2020          Respectfully submitted,

**DAWN M. KREPLIN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com